

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2020

No. 04-19-00327-CV

**PLAINSCAPITAL BANK** and Albert Chapa,
Appellants

v.

Andy **HERNANDEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-712
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

On September 6, 2019, we granted appellants' agreed motion to abate, and we abated this appeal for a period of 120 days to facilitate the effectuation of a settlement agreement. On January 6, 2020, appellants filed an unopposed motion to extend the abatement period for an additional forty-five days or, alternatively, extend the time for appellants to file a brief. Appellants' motion is GRANTED as to their abatement request. It is therefore ORDERED that this appeal is ABATED until February 20, 2020. It is further ORDERED that appellants must file a notification regarding the status of their settlement or a motion requesting an appropriate disposition of this appeal by February 20, 2020. *See Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180 (Tex. App.—San Antonio 2001, no pet.); Tex. R. App. P. 42.1, 43.2. All other appellate deadlines are suspended pending further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2020.



Michael A. Cruz,
Clerk of Court